

Joe David Wells <joedavidwells@gmail.com>

# eFileTexas.gov – Filing Returned - 4780871
1 message

**No-Reply@efiletexas.gov** <No-Reply@efiletexas.gov>                    Tue, Apr 7, 2015 at 7:56 AM
To: joedavidwells@gmail.com



# Filing Returned
Envelope Number: **4780871**

The filing below has been reviewed and has been returned for further action. **Please refile with the corrections outlined below.** The clerk's office has the right to preserve the original submission date for the file stamp when the corrections are made in a timely manner.

| Return Reason(s) from Clerk's Office | |
|---|---|
| **Reject Reason** | Other |
| **Return Comment** | This document should be filed with the Court of Criminal Appeals, not with the Court of Appeals. Please re-file in the correct court. |

| Document Details | |
|---|---|
| **Court** | Courts of Appeals |
| **Case Style** | |
| **Date/Time Submitted** | 4/6/2015 10:24:29 PM |
| **Filing Type:** | Petition for Discretionary Review |
| **Activity Requested:** | EFile |
| **Filed By:** | Joe Wells |

For Questions or Technical Assistance, contact:



Need Help? Help
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was generated automatically by eFileTexas.gov>